BEFORE THE FIRST DIVISION, APRIL 29, 1942

**No. 47126.**—Protests 19162–K, etc., of Atlantic & Pacific Packing Co., Inc., et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.